143 A.3d 888

COMMONWEALTH of Pennsylvania, Appellant

v.

Rafael J. SIMMONS–RIVERA, Appellee.

Supreme Court of Pennsylvania.

July 25, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July 2016, the Order of the Court of Common Pleas is **AFFIRMED.**

Justice MUNDY did not participate in the consideration or decision of this matter.